61 A.3d 186

**FANNIE MAE (Federal National Mortgage Association)**
**14221 Dallas Parkway, Suite 1000 Dallas, Texas**
**75254, Respondent**

v.

**Michelle JOSEPH, In Propria Persona, Sui Juris, Authorized Representative ex rel. [Michelle Joseph] c/o 105 West Walnut Lane [Near Philadelphia, Pennsylvania 19144], Petitioner.**

**No. 197 EM 2012.**

Supreme Court of Pennsylvania.

Jan. 14, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of January, 2013, the Petition for Stay and the Application to Amend are **DENIED.**